No. 96–7069. MCCOY v. ARIZONA. Ct. App. Ariz. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or

decision of this petition.